**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BSG TECH LLC,**<br>**Plaintiff,**<br>**v.**<br><br>**AMERICAN MUSICAL SUPPLY, INC.,**<br>**Defendant.** | CIVIL ACTION NO. 2:15-cv-1145-RWS<br>(LEAD CASE) (CONSOLIDATED)<br><br>PATENT CASE |

**FINAL JUDGMENT IN THE CONSOLIDATED CASE**

In this Consolidated case, the Court has dismissed all claims and counterclaims asserted in this suit by Plaintiff BSG Tech LLC and all defendants as follows:

- Dkt. No. 85 – Order Dismissing American Musical Supply, Inc. (C.A. 2:15-cv-1145)
- Dkt. No. 59 – Order Dismissing Arlington Contact Lens Service, Inc. (C.A. 2:15-cv-1146)
- Dkt. No. 80 – Order Dismissing CTD, Inc. (C.A. 2:15-cv-1148)
- Dkt. No. 82 – Order Dismissing eBags, Inc. (C.A. 2:15-cv-1149)
- Dkt. No. 83 – Order Dismissing iHerb, Inc. (C.A. 2:15-cv-1150)
- Dkt. No. 84 – Order Dismissing Monoprice, Inc. (C.A. 2:15-cv-1151)
- Dkt. No. 63 – Order Dismissing OpticsPlanet, Inc. (C.A. 2:15-cv-1153)
- Dkt. No. __ - Order Dismissing Personalizationmall.com (C.A. 2:15-cv-1154)
- Dkt. No. 89 – Order Dismissing Power Equipment Direct, Inc. (C.A. 2:15-cv-1156)
- Dkt. No. 46 – Order Dismissing Wayfair LLC (C.A. 2:15-cv-1157)
- Dkt. No. 64 – Order Dismissing Wine.com (C.A. 2:15-cv-1158)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the dismissal of all claims and counterclaims, the Court hereby ORDERS and ENTERS JUDGMENT as follows:

1. All motions by either party not previously ruled on are hereby DENIED.

2. The Clerk of the Court is directed to close this case.

**SIGNED this 16th day of May, 2016.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE